IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0004

**FILED**

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

**FILED**

SEP 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
CHELSEA BISSELL

O R D E R

Chelsea Bissell has petitioned for partial rehearing of this Court's June 30, 2020 Order granting her admission to active status in the State Bar of Montana. This Court ordered that Bissell provide proof of attendance, within six months, at 15 hours of approved Continuing Legal Education (CLE) to be credited to the time she was on inactive status.

Bissell asks this Court to reconsider that part of the Order which required her to complete CLE credits. Bissell points out that she was admitted to the Montana Bar in June 2019 as an inactive member and petitioned for active status in June 2020. Under Rule 4(F)(3) of the Montana Rules for Legal Education, an active member of the Montana Bar is exempt from the CLE requirement during the balance of the reporting year during which she is admitted. Bissell therefore argues that she has no CLE requirements to fulfill for the year she was on inactive status.

The Court agrees that Bissell is not required to fulfill CLE requirements for her year of inactive status as it was her first year admitted to the Montana Bar.

IT IS THEREFORE ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 8 day of September, 2020.

For the Court,

By _____
Chief Justice